# ELECTRONIC RECORD

COA # 12-14-00225-CR    OFFENSE: 49.04

STYLE: Fatima Rahman v. The State of Texas    COUNTY: Smith

COA DISPOSITION:    AFFIRMED    TRIAL COURT: 114th District Court

DATE: 5/13/2015    Publish: NO    TC CASE #: 114-1451-10

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Fatima Rahman v. The State of Texas    CCA #: 724-15

___APPELLANT'S___ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

___REFUSED___    JUDGE: _____

DATE: 10/07/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**